| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Antoon II, John | 2. Court or Organization<br><br>U.S. District Court, FLMD | 3. Date of Report<br><br>05/11/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>80 N. Hughey Avenue<br>Orlando, Florida 32809 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Board Member | Historical Society of United States District Court, Middle District of Florida |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE   2007 MAY 16 A 11: 26   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Florida Pension | $ 53,789.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason Law & Economics Center - Lincoln as President | June 1-4, 2006. Monterey, CA. Attend seminar for Judges entitled "Colloquium: Lincoln as President." (Air Travel, meals and lodging ). |
| 2. | Harold R. Medina Seminar on the Humanities and Sciences at Princeton University | June 15-20, 2006. Princeton, NJ. (Transportation, Parking, Hotel & Food). Attend seminar. |
| 3. | District Judge's Meeting | September 27-29, 2006. Longboat Key, FL. (Meals, lodging). |
| 4. | Federal Judicial Center's Workshop for Judges of the 11th Circuit | December 4-6, 2006. Key West, FL. (Transportation, Lodging, Meals). |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/11/2007 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New Economy -Edu IRA | A | Dividend | J | T | | | | | |
| 2. New Perspective - Edu IRA | A | Dividend | J | T | | | | | |
| 3. Washington Mutual - Educ IRA | A | Dividend | J | T | | | | | |
| 4. New Economy - Roth IRA | A | Dividend | J | T | | | | | |
| 5. New Perspective - Roth IRA | A | Dividend | J | T | | | | | |
| 6. New Perspective - Roth IRA | A | Dividend | J | T | | | | | |
| 7. Washington Mutual - Roth IRA | A | Dividend | J | T | | | | | |
| 8. State of Florida Pension (value unascertainable) | | | | | | | | | |
| 9. Selected American Shares Cl S | A | Dividend | J | T | | | | | |
| 10. RVS Diversified Bond Fund Class A | A | Dividend | J | T | | | | | See Part VIII, Note 1 |
| 11. RVS Strategic Allocation Fund | C | Dividend | K | T | | | | | See Part VIII, Note 2 |
| 12. RVS Large Cap Equity Fund Class A | B | Dividend | J | T | | | | | |
| 13. Alliance Cap Savings Acct for college | B | Interest | K | T | | | | | |
| 14. Sun Trust Savings Acct. | A | Interest | K | T | | | | | |
| 15. Templeton Growth Class C | A | Dividend | J | T | | | | | |
| 16. Premium Savings Acct. - Wachovia Bank | A | Interest | J | T | | | | | |
| 17. i shares TR Lehman US Aggregate | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. i shares Tr Russell 2000 Gr | A | Dividend | J | T | | | | | |
| 19. Dodge & Cox Int'l Stock Fund | A | Dividend | K | T | | | | | |
| 20. i shares Tr Russell Value Fund | A | Dividend | J | T | | | | | |
| 21. Pimco Commodity Real Return Fund Inst. | | None | K | T | | | | | |
| 22. Harbor Bond Inst. | | None | L | T | | | | | |
| 23. T. Rowe Price Int'l Bond | A | Dividend | K | T | | | | | |
| 24. TCW Galileo DIV Focus | A | Dividend | K | T | | | | | |
| 25. Vanguard Growth Fund | A | Dividend | K | T | | | | | |
| 26. Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 27. i shares Tr Russell 1000 Growth Fund | A | Dividend | J | T | | | | | See Part VIII, Note 3 |
| 28. i shares Tr Russell 1000 Value Fund | A | Dividend | K | T | | | | | See Part VIII, Note 3 |
| 29. i shares Tr Russell 2000 Index Fund | A | Dividend | J | T | | | | | See Part VIII, Note 3 |
| 30. Real Estate Orange County | | None | L | R | | | | | See Part VIII, Note 4 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Reference Part VII, line 10 - The name "AM EXP IRA AXP Select" listed on line 19 of last year's report has been changed to "RVS Diversified Bond Fund, Class A" listed on line 10 of this year's report.

Note 2: Reference Part VII, line 11 - The name "AXP Managed Allocation Fund" listed on line 20 of last year's report has been changed to "RVS Large Fund Class A" listed on line 11 of this year's report.

Note 3: Reference Part VII, lines 27, 28 and 29 - Interests in i shares Tr Russell 1000 Growth Fund, i shares Tr Russell 1000 Value Fund, and i shares Tr Russell 2000 Index Fund were purchased February 3, 2005. At that time, the 1000 Growth Fund had a value of "J", the 1000 Value Fund had a value of "K", and the 2000 Index Fund had a value of "J". These values were determined by method "T". The values were unchanged at the end of the 2005 reporting period. Each of these accounts produced dividend income valued at "A" during 2005. Perhaps because the funds have very similar names to others included in my 2005 report, they were inadvertently omitted from my 2005 report.

Note 4: Reference Part VII, line 30 - The real property listed on line 30 of this year's report was purchased by my ██████ on July 26, 2005. It was inadvertently omitted from last year's report.

Note 5: Last year's report included an entry at reference part VII, line 28, indicating I owned an interest in "i shares Tr Goldman Sachs Corp B." That entry was erroneous. I did not purchase, and do not own, "i shares Tr Goldman Sachs Corp B."

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/11/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

May 11, 2007

NO                                                                  FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AN

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544